IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3069 |
| | ) | |
| v. | ) | |
| | ) | |
| KELVIN L. STINSON, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1)   In accordance with the request of defendant's counsel, defendant
      Stinson's motion for a subpoena to secure the presence of Officer
      Steven Schellpeper at defendant's suppression hearing, (filing no. 34),
      is withdrawn.

2)   The government's motion to restrict, (filing no. 39), is granted, and
      filing no. 38 shall remain filed as a restricted access document.

DATED this 24th day of September, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge