IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:09CR3069 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MEMORANDUM AND ORDER |
| | ) | |
| KELVIN L. STINSON, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The defendant's unopposed oral motion for a two-week continuance of the briefing schedule on the defendant's motion to suppress, (filing no. 29), is granted.

2) The parties shall file their post-hearing briefs on or before November 2, 2009, and any responsive briefs shall be filed on or before November 9, 2009.

DATED this 14th day of October, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge