IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3069-2 |
| | ) | |
| V. | ) | |
| | ) | |
| KELVIN L. STINSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that the Clerk of Court shall file the attached evidence in support of the defendant's motion to suppress (filing 29).

    DATED this 19th day of October, 2009.

                                          BY THE COURT:

                                          *Richard G. Kopf*
                                          United States District Judge