IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3069-2 |
| | ) | |
| V. | ) | |
| | ) | |
| KELVIN L. STINSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

    IT IS ORDERED that the plaintiff's motion to extend (filing 112) is granted. The plaintiff's statement of position and response to the defendant's objection is due on or before May 17, 2010. The undersigned's tentative findings will be issued on or about May 18, 2010. Sentencing is continued until further order of the court. Counsel shall contact the undersigned's judicial assistant to reschedule sentencing.

    DATED this 7th day of May, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge