IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:09CR3069-2 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| KELVIN L. STINSON, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant Stinson's evidentiary hearing and sentencing are scheduled on Friday, July 16, 2010, from 12:00 to 1:30 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  The defendant shall be present unless excused by the court.

Dated May 19, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge