IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3069-2 |
| | ) | |
| V. | ) | |
| | ) | MEMORANDUM |
| KELVIN L. STINSON, | ) | AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

I am in receipt of the government's objection to tentative findings (filing 119). Subsequent to the issuance of tentative findings, I have revised my approach to variances in the crack cocaine context. On May 25, 2010, I issued a memorandum to the United States Probation Office. With the foregoing in mind,

IT IS ORDERED that:

(1) The memorandum referred to above is attached hereto and shall be provided to counsel.

(2) The court intends to follow the approach outlined in the memorandum subject, of course, to hearing the views of counsel at sentencing.

(3) The tentative findings (filing 117) are accordingly amended to conform to the attached memorandum.

DATED this 28th day of May, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge