IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3069 |
| | ) | |
| V. | ) | |
| | ) | |
| KELVIN L. STINSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

I am in receipt of the defendant's motion to continue in this matter. While I will deny the motion for continuance, if it turns out that the defendant's drug quantity would result in a lesser statutory minimum sentence if Senate Bill 1789 were passed, I will consider whether to stay sentencing after the evidentiary issues are resolved.

IT IS THEREFORE ORDERED that the defendant's motion to continue (filing 130) is denied.

DATED this 9th day of July, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge